# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00103-REB-05

UNITED STATES OF AMERICA,

       Plaintiff,

v.

5.     JANNICE McLAIN SCHMIDT,

       Defendant.

---

## PRELIMINARY ORDER OF FORFEITURE

---

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. The Court having read said Motion and being fully advised in the premises finds:

The United States and Defendant **JANNICE McLAIN SCHMIDT** entered into a Plea Agreement and Statement of Facts Relevant to Sentencing which provides a factual basis and cause to issue a forfeiture order under Title 18, United States Code, 981(a)(1)(C), 1956(c)(7), and 1961(1), and Title 28, United States Code, Section 2461;

THAT prior to the disposition of forfeited property, the United States Marshals Service, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties in accordance with Rule 32.2 of the Federal Rules of Criminal Procedure;

    **THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED**:

THAT defendant **JANNICE McLAIN SCHMIDT'S** interest in the real property described as follows:

      Township 27 North, Range 5 West, 6th P.M.
      Section 27:  SE/4
      Antelope County, Nebraska
      Parcel No. 000 38 63 00

is forfeited to the United States in accordance with Title 18, United States Code, 981(a)(1)(A), 1956(c)(7), and 1961(1), and Title 28, United States Code, Section 2461, and Rule 32.2 of the Federal Rules of Criminal Procedure;

    THAT the United States Marshals Service, or its designated sub-custodian, is directed to seize the property subject to forfeiture and further to make your return as provided by law;

    THAT the United States Marshals Service, or its designated sub-custodian, shall publish notice of this Preliminary Order of Forfeiture and its intent to dispose of the subject property, and to make its return to this Court that such action has been completed;

    THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture, in which all interests will be addressed.

    SO ORDERED May 5, 2006, at Denver, Colorado.

                              **BY THE COURT:**

                              **s/ Robert E. Blackburn**
                              **ROBERT E. BLACKBURN**
                              **United States District Judge**