**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 04-cr-00103-REB-05

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.  JANNICE McLAIN SCHMIDT,

    Defendant.

**ORDER DIRECTING THE FILING OF
A NOTICE OF APPEAL**

**Blackburn, J.**

    The matter comes before me *sua sponte* for construction of the letter [#844] dated September 10, 2006, and filed September 15, 2006, by defendant. I construe the defendant's letter as either a lay form of notice of appeal or as a request for the preparation and filing of a notice of appeal.[1]

    **THEREFORE, IT IS ORDERED** that the clerk of the court shall prepare and file immediately a notice of appeal on behalf of the defendant, Jannice McLain Schmidt.

    Dated September 20, 2006, at Denver, Colorado.

                                        **BY THE COURT:**

                                        **s/ Robert E. Blackburn**
                                        **Robert E. Blackburn
                                        United States District Judge**

---

[1] *See* **Fed. R. Crim. P. 32(j)(2)**, which provides that at defendant's request the clerk must prepare and file immediately a notice of appeal on defendant's behalf.