**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 04-cr-00103-REB-05

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JANNICE McLAIN SCHMIDT,

    Defendant.

## FINAL ORDER OF FORFEITURE AND JUDGMENT

**Blackburn, J.**

    The matter comes before the court on the United States' **Uncontested Motion for Final Order of Forfeiture** [#1206], filed May 23, 2007.  The court having reviewed the motion FINDS:

    THAT a Preliminary Order of Forfeiture was entered on May 5, 2006;

    THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

    THAT the only claim filed is that of the lienholder, whose interest is recognized by the United States and the parties have reached an agreement; and

    THAT it appears further there is cause to issue a forfeiture order under 18 U.S.C. § 982, and incorporating 21 U.S.C. § 853.

    **THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:**

    THAT judgment of forfeiture of the following property shall enter in favor of the

United States pursuant to 18 U.S.C. § 982, and incorporating 21 U.S.C. § 853

>Township 27 North, Range 5 Est, 6th P.M.
>Section 27: SE/4
>Antelope County, Nebraska
>Parcel No. 000 38 63 00

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

THAT on sale of the forfeited property, the United States shall pay from the proceeds, if any, the amounts stipulated in their agreement to lienholder Midwest Bank N.A. Plainview National Bank.

Dated May 23, 2007, at Denver, Colorado.

>BY THE COURT:
>
>s/ Robert E. Blackburn
>Robert E. Blackburn
>United States District Judge