IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 04-cr-00103-REB-5
(Civil Action No. 10-cv-01688-REB)

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

JANNICE MCLAIN SCHMIDT,

    Defendant-Movant.

---

## JUDGMENT
---

Pursuant to and in accordance with the Order entered by the Honorable Robert E. Blackburn [#1876], filed September 13, 2011, the following Final Judgment is hereby entered:

1. That the "Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" [#1835] filed July 16, 2011 by the defendant-movant is DENIED, and this action is dismissed with prejudice; and

2. That the corresponding civil action is dismissed; and

3. That the parties shall bear their own costs and attorney fees; and

4. That a certificate of appealability shall not issue because Movant has not made a substantial showing of the denial of a constitutional right.

Dated at Denver, Colorado this __13th__ day of September, 2011.

                FOR THE COURT:

                GREGORY C. LANGHAM, CLERK

                By: _s/ Edward P. Butler_
                    Edward P. Butler, Deputy Clerk